## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DONAHOE, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.  2:16-cv-04716 |
| Plaintiff, | SECTION: A |
| | JUDGE JAY C. ZAINEY |
| vs | |
| STANLEY CHRISTIAN  KOTTEMANN, JR. & ASSOCIATES, A PROFESSIONAL LAW CORPORATION, | MAGISTRATE JUDGE SALLY SHUSHAN |
| Defendant. | |

_____

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JOHN DONAHOE, through undersigned counsel, hereby gives notice that the above captioned action against Defendant STANLEY CHRISTIAN KOTTEMANN, JR. & ASSOCIATES is voluntarily dismissed, without prejudice.

Dated this 13th day of November, 2017.

**GESUND AND PAILET, LLC**

__*/s/ Keren E. Gesund*_____

Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd., Suite 805
Metairie, LA  70002
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*